**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| **RUBINA SIDDIQUI and JENNIFER LONGWELL, individually and on behalf of all others similarly situated,**<br><br>*Plaintiff*,<br><br>v.<br><br>**ANNE ARUNDEL DERMATOLOGY, PA.**<br><br>*Defendant*s. | Case No.: 1:25-cv-04197-MHC<br><br>**STIPULATED MOTION TO TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND PURSUANT TO 28 U.S.C. § 1404(a)** |

Plaintiffs Rubina Siddiqui and Jennifer Longwell ("Plaintiffs"), with the consent and agreement of Defendant Anne Arundel Dermatology, P.A. ("AAD"), respectfully move this Court to transfer this action to the United States District Court for the District of Maryland pursuant to 28 U.S.C. § 1404(a). In support of this motion, Plaintiffs state as follows:

WHEREAS, this case was filed on July 29, 2025 in the United States District Court for the Northern District of Georgia.

WHEREAS, twenty other putative class actions against AAD relating to the same alleged data breach and alleging the same or similar facts and legal theories have been filed in the United States District Court for the District of Maryland (the "Maryland Actions").

WHEREAS, the first such case against AAD was filed in the District of Maryland on July 14, 2025 under the caption *Correa v. Anne Arundel Dermatology, P.A.*, No. 1:25-cv-02274-GLR (D. Md.).

1

WHEREAS, the Maryland Actions have been related to each other and transferred to Chief Judge George L. Russell III in the District of Maryland.

WHEREAS, counsel representing over two thirds of the plaintiffs in the Maryland Actions have already moved to consolidate the Maryland Actions and stay all other related actions, *see* Plaintiffs' Motion to Consolidate Action and Appoint Leadership and Executive Committee, *Correa v. Anne Arundel Dermatology, P.A.*, No. 1:25-cv-02274-GLR (D. Md.), ECF No. 7, and other plaintiffs are expected to join that motion as well.

WHEREAS, if this Motion is granted, Plaintiffs' Counsel intends to participate in the proposed consolidated pleading and briefing.

WHEREAS, Defendant's principal place of business is located in Maryland, and, therefore, the witnesses and exhibits relevant to this action are likely to be located in Maryland.

WHEREAS, counsel for Plaintiffs conferred with counsel for Defendant on August 8, 2025, regarding transfer and consolidation.

WHEREAS, the parties agree that transfer of this action to the District of Maryland would conserve judicial resources, promote efficient resolution of these actions, best protect the interest of the class, and serve the ends of justice.[1]

WHEREAS, this action might have been brought initially in the District of Maryland because venue is proper there and the Maryland courts have general personal jurisdiction over AAD.

NOW, THEREFORE, in light of the foregoing, Plaintiffs, with the consent and agreement of Defendant, respectfully request that this Court enter an order transferring this action to the United States District Court for the District of Maryland.

---

[1] By stipulating to this Motion, AAD does not waive, and expressly reserves, all defenses and its right to challenge this Court's jurisdiction should the case not be transferred to the District of Maryland.

3

Dated: August 14, 2025.

Respectfully Submitted,

**POULIN | WILLEY | ANASTOPOULO, LLC**

  _/s/ André R. Bélanger_
André R. Bélanger (GA. Bar. No: 216527)
32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222
Fax: (843) 494-5536
Email: andre.belanger@poulinwilley.com
cmad@poulinwilley.com